UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR 1 4 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| RYAN DICKERSON, a Minor, by and through his parents, DANIEL DICKERSON and SUZANNE DICKERSON, as next friends; et al., <br><br> Plaintiffs, <br><br> V. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | * * * * * * * * * * * * * |

SA-99-CA-1-HG

## JUDGMENT

The issues having been duly considered in the above-styled and numbered cause; it is hereby **ORDERED, ADJUDGED,** and **DECREED** that based on the findings of fact and conclusions of law entered contemporaneously herewith;

The Court hereby renders judgment in favor of the Plaintiffs and against the Defendant in the total amount of $40,800,229.00 to be apportioned as follows:

a.) $21,082,549.00 dollars for Ryan Dickerson, a minor, payable to his parents, Suzanne and Daniel Dickerson as next friends of their minor child.

b.) $4,770,340.50 dollars to Suzanne Dickerson, as next friend of her minor son, Ryan Dickerson for medical care of minor till majority.

c.) $4,770,340.50 dollars to Daniel Dickerson, as next friend of his minor son, Ryan Dickerson for medical care of minor till majority.

d.) $5,113,500.00 dollars to Suzanne Dickerson, individually.

e.) $5,063,500.00 dollars to Daniel Dickerson, individually.

All amounts rendered in favor of Ryan Dickerson, a minor, or awarded to others for

purposes of medical care until the age of majority, shall be held in trust for the use and benefit of said minor.

Post judgment interest shall accrue and be payable on the above amounts at the rate of 6.19% from the date of entry of this judgment until paid.

The Court further **ORDERS** that costs shall be taxed against the United States of America.

Signed this 14th day of April, 1998.

_____
**H.F. GARCIA**
**U.S. District Judge**